# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHRISTIN BILOTTI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-3559

[June 6, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. 08-3720CF10B.

Carey Haughwout, Public Defender, and Mara C. Herbert, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Melanie Dale Surber, Assistant Attorney General, West Palm Beach, for appellee.

### *ON MOTION FOR REHEARING*

LEVINE, J.

We deny the state's motion for rehearing, withdraw our previously issued opinion, and substitute the following in its place.

Appellant appeals her conviction for second-degree murder. We reverse the conviction for all the reasons stated in *Pacchiana v. State*, 240 So. 3d 803 (Fla. 4th DCA 2018).

*Reversed and remanded.*

GERBER, C.J., concurs in part and dissents in part with opinion.
MAY, J., dissents with opinion.

GERBER, C.J., concurring in part and dissenting in part.

For the reasons expressed in my concurrence in *Pacchiana v. State*, 240 So. 3d 803 (Fla. 4th DCA 2018), I concur with Judge Levine's ultimate conclusion to reverse the defendant's conviction and remand for a new trial.

MAY, J., dissenting.

For the reasons expressed in my dissent in *Pacchiana v. State*, 240 So. 3d 803 (Fla. 4th DCA 2018), I dissent from the majority on the prospective juror issue. I would affirm the conviction.